## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIE GREEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-25-966-J |
| | ) |
| STEVEN HARPE, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus [Doc. No. 1] and an application for leave to proceed in forma pauperis [Doc. No. 2]. The matter was referred to United States Magistrate Judge Shon T. Erwin who entered a Report and Recommendation recommending the Court deny Petitioner's application to proceed in forma pauperis and require Petitioner to pay the full $5 filing fee. [Doc. No. 6]. Petitioner was advised of his right to object to the Report and Recommendation by September 15, 2025. While Petitioner has not filed an objection to the Report and Recommendation, Petitioner has filed a number of motions, advising the Court that he has filed a request for disbursement to the Department of Corrections, requesting a $5 disbursement to pay the filing fee in this case and that it has not been paid.

Having reviewed the Report and Recommendation and Petitioner's filings, the Court ADOPTS the Report and Recommendation [Doc. No. 6], DENIES Petitioner's application for leave to proceed in forma pauperis [Doc. No. 2], and ORDERS Petitioner to pay the $5 filing fee

by October 15, 2025.[1]

    IT IS SO ORDERED this 17th day of September, 2025.

                                                 BERNARD M. JONES
                                                 UNITED STATES DISTRICT JUDGE

---

[1] In light of the difficulties that Petitioner has indicated he has faced in getting the $5.00 to pay the filing fee, Petitioner should verify that he is making the request for the $5 on the proper form and should include this Order with his request.